UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04CR10304RCL |
| ) | |
| ) | VIOLATIONS: |
| v. ) | 18 U.S.C. § 922(g)(1) |
| ) | Felon in Possession of |
| JARED CROWLEY ) | Firearm and Ammunition |

INDICTMENT

COUNT ONE:   (18 U.S.C. § 922(g)(1) - Felon in Possession of Firearm and Ammunition)

The Grand Jury charges that:

On or about May 27, 2004, at Lowell, in the District of Massachusetts,

JARED CROWLEY,

defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit a .357 magnum caliber, Smith and Wesson, model 66 revolver bearing serial number AEC9699, and several rounds of ammunition, to wit Winchester .357 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
JOHN A. CAPIN
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS;          September 29, 2004

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
DEPUTY CLERK  9/29/04 @ 2:00pm

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**04 CR 10304 RCL**

__Criminal Case Cover Sheet__                                     __U.S. District Court - District of Massachusetts__

Place of Offense: __US__          Category No. __II__          Investigating Agency __ATF__

City __Lowell__                              Related Case Information:

County __Middlesex__

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____ New _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name __JARED CROWLEY__                    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): __1981__  SSN (last 4 #): __2159__  Sex __M__  Race: __white__  Nationality: __USA__

**Defense Counsel if known:** _____        Address: _____

**Bar Number:** _____

## U.S. Attorney Information:

AUSA __JOHN A. CAPIN__                     Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No       List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested       ☐ Regular Process       ☐ In Custody

## Location Status:

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody __Cambridge Jail__   ☐ Serving Sentence   ☒ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __9-29-04__        Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    JARED CROWLEY

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC §922(g)(1) | Felon in Possession of Firearm & Ammunition | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

**ADDITIONAL INFORMATION:** _____

JS 45 Form.wpd - 1/15/04 (USAO-MA)