# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of her deputies,

and to:   The Superintendent of Middlesex County Jail

   Middlesex County Jail
   40 Thorndike Street
   P.O. Box 97
   East Cambridge, MA 02141

YOU ARE COMMANDED to have the body of __JARED CROWLEY__ (DOB: 1981) now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. __14__, on the __5th__ floor, Boston, Massachusetts on __October 8, 2004__, at __11:00 AM__ for the purpose of __Arraignment / Initial Appearance__ in the case of UNITED STATES OF AMERICA V. __Jared Crowley__

Docket Number __04-CR-10304-RCL__.

And you are to retain the body of said __Jared Crowley__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __Jared Crowley__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this __5th__ day of __October, 2004__.



   TONY ANASTAS
   CLERK OF COURT

   By: _____
   Noreen A. Russo, Deputy Clerk
   To the Honorable Robert B. Collings

(Habeas.Crowley.wpd - 2/2000)