UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                        )<br>)<br>JARED CROWLEY              ) | CRIMINAL NO. 04-10304-RCL |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America by and through Assistant United States Attorney John A. Capin respectfully represents:

1. That JARED CROWLEY is presently incarcerated at the Middlesex County Jail, 40 Thorndike Street, Cambridge, Massachusetts, and that on October 8, 2004, he will be incarcerated at that institution.

2. That on September 29, 2004 JARED CROWLEY was charged by way of an indictment in the above-captioned case on a charge of possession of a firearm and ammunition by a felon.

3. That JARED CROWLEY is scheduled to appear in United States District Court in Boston, Massachusetts for the purpose of arraignment in this case on October 8, 2004, at 11:00 a.m., as scheduled by the Court.

WHEREFORE, petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue from this Court to be directed to the Warden, Middlesex County Jail, 40 Thorndike Street, Cambridge, Massachusetts, or to any other person having custody and control of JARED CROWLEY commanding them to produce JARED

CROWLEY before the United States District Court, District of Massachusetts, 1 Courthouse Way, Boston, Massachusetts, for the purpose of arraignment in this case on October 8, 2004, at 11:00 a.m.

                                   Respectfully submitted,

                                   MICHAEL J. SULLIVAN
                                   United States Attorney

                            By: _____
October 5, 2004               JOHN A. CAPIN
                                   Assistant U.S. Attorney
                                   (617) 748-3264

ALLOWED:

_____
ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE