| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|
| IN THE CASE OF | | FOR | | | |
| US v.s. Jared Crowley | | AT | | | |

| PERSON REPRESENTED (Show your full name) | 1 ☒ Defendant—Adult | DOCKET NUMBERS |
|---|---|---|
| Jared R. Crowley | 2 ☐ Defendant - Juvenile | Magistrate |
| | 3 ☐ Appellant | |
| | 4 ☐ Probation Violator | District Court |
| | 5 ☐ Parole Violator | 04CR 10304-RCL |
| CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony | 6 ☐ Habeas Petitioner | |
| ☐ Misdemeanor | 7 ☐ 2255 Petitioner | Court of Appeals |
| 18 USC §922(g)(1) Felon in Poss. | 8 ☐ Material Witness | |
| | 9 ☐ Other | |

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed
Name and address of employer: ___
IF YES, how much do you earn per month? $ ___
IF NO, give month and year of last employment
How much did you earn per month? $ —0—
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ —0—

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED    SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ 0

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, state total amount $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE    DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT $ ___

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
Total No. of Dependents: —0—
List persons you actually support and your relationship to them

**OBLIGATIONS & DEBTS**
DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: In custody Essex County
Creditors / Total Debt / Monthly Paymt.

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 10/8/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Jared Crowley