AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JARED CROWLEY

**WARRANT FOR ARREST**

**04 CR 10304 RCL**

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

RECEIVED
2004 SEP 30 A 11:53
U.S. MARSHAL SERVICE
BOSTON, MA

YOU ARE HEREBY COMMANDED to arrest      JARED CROWLEY
                                           Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

| X | Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition |

charging him with (brief description of offense)

Felon in Possession of a Firearm and Ammunition

in violation of Title 18   United States Code, Section(s) 922(g)(1)

Catherine M. Gail[?]
Name of Issuing Officer

Supervi[?]
Title of Issuing Officer

[signature]
Signature of Issuing Officer

9/30/04      BOSTON, MASSACHUSETTS
Date and Location

Bail fixed at $ _____      by _____      Name of Judicial Officer

---

**RETURN**

WARRANT EXECUTED
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON

This warrant was received and executed with the arrest of the above-named defendant at 10/8/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
|  | WARRANT EXECUTED BY DEI |  |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.