# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                                  CRIMINAL NO. 2004-10304-RCL

JARED CROWLEY,
        Defendant.

## *REPORT AFTER*
## *INITIAL STATUS CONFERENCE*
## *<u>PURSUANT TO LOCAL RULE 116.5(A)</u>*

COLLINGS, U.S.M.J.

    An Initial Status Conference was held on November 16, 2004; counsel for the defendant was present.

    The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

    (1)    No.

    (2)    The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than forty-five (45) working days before trial;* the defendant shall comply with his reciprocal obligations

> respecting discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., *not less than twenty-one (21) working days before trial.*

(3) The Government shall provide a copy of the audiotape of the 911 transmission.

(4) Any non-discovery type motions shall be filed *on or before the close of business on Thursday, December 16, 2004;* the Government shall file its response/opposition *on or before the close of business on Thursday, January 6, 2005.*

(5) *See* Order of Excludable Delay entered this date.

(6) It is too soon to tell whether a trial will be necessary; a trial would take four (4) trial days.

(7) The Final Status Conference is set for *Wednesday, January 5, 2005 at 10:30 A.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1) *See* ¶¶ (1)-(4), *supra*.

(2) It does not.

(3) None.

(4) *See* Order of Excludable Delay entered this date.

(5) Not applicable.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

November 16, 2004.