# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

      v.             CRIMINAL NO. 2004-10304-RCL

JARED CROWLEY,
      Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

9/29/2004 - Indictment returned.

10/8/2004 - Initial Appearance/Arraignment

10/9 -11/ 7/2004 - Excluded as per L.R. 112.2(A)(2)

11/16/2004 - Conference held.

11/17 - 12/16/2004 - Excluded as per 18 U.S.C.§ 3161(h)(1)(F).

Thus, as of December 16, 2004, EIGHT (8)non-excludable days will have occurred leaving SIXTY-TWO (62) days left to commence trial so as to be within

the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

November 16, 2004.