CIDENT / ARREST REPORT        PAGE 2 OF 3        CASE NO: 04-9332

PROPERTY

| CATEGORY (STLM, RECVD, LOST, DAMAGED, ETC.) | PROPERTY DESCRIPTION (INCLUDING MODEL NO.) | SERIAL NUMBER | PROPERTY OR LOSS VALUE |
|---|---|---|---|
| ec. | Smith & Wesson MOD. 66-2 | AEC 9699 | over $250 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| UG TYPE | DRUG ACTIVITY |
|---|---|
|  |  |
| Describe Other _____ | POE   Describe Other _____ |

| ME SCENE: | PHOTOS TAKEN | YES ☒ NO ☐ | BY WHOM? Det. Hudon | DUSTED FOR LATENT PRINTS | YES ☐ NO ☐ | PRINTS SUBMITTED | YES ☐ NO ☐ | BY WHOM? |
|---|---|---|---|---|---|---|---|---|
| OLL # |  |  |  |  |  |  |  |  |

HICLE        PERSON (INDICATE PERSON TO WHOM VEHICLE INFO APPLIES)

| R | MAKE | MODEL | TYPE | COLOR | PLATE | STATE |
|---|---|---|---|---|---|---|
|  |  |  |  | INSURANCE COMPANY |  |  |

NARRATIVE:

27 May 2004 at approximately 1906 hrs, Officer Comtois and I responded to the area of Morse St. d Doane St. for a reported white male with a firearm. The communication room gave out a scription of one white male wearing a blue football jersey, gray sweatpants and a black firearm his waistband. The white male was in the company of a black male wearing a white T-shirt and ack hat. Officer Comtois and I went to speak with the witness, while other units went off in the ea. The witness explained that they observed a white male wearing a blue football jersey and ay sweatpants walking with a black male wearing a white T-shirt and a black hat. The witness it onto say that the white male lifted up his shirt and they observed a black handgun in his istband. After hearing the description, I radioed to West Traffic car (Off. Lally) that I lieved this white male was walking towards the basketball court on Doane St. A few seconds later . Lally was off at the court along with Detectives Erickson and Hudon. Off. Comtois and I led up as Off. Lally was speaking with a white male (later identified as Jared Crowley) and Det. ickson was speaking with a dark skinned Spanish male (later identified as Gerado Martinez). owley was wearing a light blue North Carolina football jersey (large number 32) gray sweatpants, a blue backpack. Martinez was wearing a white T-shirt and black hat. I walked over to Off. ly who was placing Crowley on the ground. Off. Lally informed me that this individual is Jared owley who is known to him as a convicted felon who is also known to carry firearms. Also there a roll call announcement a few weeks ago about Jared Crowley possibly being in possession of a rearm. Off. Lally began to conduct a pat frisk for officer safety while I pat frisked the kpack that was on his back. As soon as I pat frisked the backpack I could feel a hard object, ch I immediately recognized as a handgun. I removed opened the backpack and observed a large ver handgun, a black leather holster, shirt and pants. Upon further inspection the handgun was ilver Smith & Wesson 357 Magnum Model 66-2 (serial number AEC9699) and it was loaded with four nds, which were Winchester 357Mag. The handgun was secured and Off. Lally placed Crowley under est and handcuffed him. Crowley was transported to the station via the wagon and booked ordingly. Dispatch was given the serial number from the firearm to conduct a routine check. patch later informed me that the firearm was stolen out of Haverhill, MA and Haverhill PD firmed this. Dispatcher Cooper ran a BOP on Crowley and it showed that he has prior felony

002

A5/01 Rev. 11/02                                                  ©2002 eFORMandFUNCTION.com

convictions, one of his entries from 5-14-2001 shows that he was guilty of carrying a firearm and given a one year sentence. This Officer tagged the firearm, the four Winchester rounds and the black holster per department policy. Det. Hudon photographed the tagged evidence as well as the blue football jersey, gray sweatpants and backpack. It should be noted that the witness information is being impounded for fear of retaliation.

| | | | |
|---|---|---|---|
| REPORTING OFFICER | D. Frechette | DATE REPORTED | 05/27/2004 |
| REPORTING OFFICER | P.O. *[signature]* | 557 | 05-27-04 |
| | SIGNATURE | OFFICER BADGE | DATE |
| REVIEWING SUPERVISOR | Sgt. John J. Shulan *[signature]* | 530 | 5-27-2004 |
| | SIGNATURE | OFFICER BADGE | DATE |

003