UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:    Essex County Sheriff's Department

YOU ARE COMMANDED to have the body of **Jared Crowley (YOB: 1981)** now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. **11**, on the **5th** floor, Boston, Massachusetts on **Monday, July 18, 2005**, at **2:00** P M.

for the purpose of **Sentencing**

in the case of    UNITED STATES OF AMERICA V.    **JARED CROWLEY**

CR Number    **04-10304-RCL**

And you are to retain the body of said **Jared Crowley** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said **Jared Crowley** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this **15th** day of **July, 2005**.

Judge Reginald C. Lindsay
_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

SARAH A. THORNTON
CLERK OF COURT

SEAL

By: **/s/ Steve York**
    Deputy Clerk

(Habeas Writ.wpd - 3/7/2005)