UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

To the Marshal of the District of Massachusetts, or any of his deputies, and to:

**Superintendent, Essex County Correctional Facility**

YOU ARE COMMANDED to have the body of **Jared Crowley** now in your custody, before the United States Courthouse, One Courthouse Way, Boston, MA Courtroom No. **11**, on **September 6, 2005** at **2:00PM**, for the purpose of **Sentencing** in the case of **United States v. Jared Crowley** No. **04-10304-RCL**

    And you are to retain the body of said **Jared Crowley** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return the said **Jared Crowley** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 24th day of August, 2005.

                                                     Sarah A. Thornton
                                                   Clerk,

                                                   By: /s/ Lisa M. Hourihan