UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10304-RCL |
| | ) | |
| JARED CROWLEY, | ) | |
| Defendant | ) | |

## STIPULATION

The United States and the defendant, Jared Crowley, hereby stipulate as follows:

1. As reflected in paragraphs 31 and 33 of the PSR, the defendant was arrested on October 12, 2000, and subsequently charged in the Ayer District Court with, among other charges, committing a burglary in Westford, Massachusetts and a burglary in Boxborough, Massachusetts.

2. Records maintained by the Ayer District Court show that, on May 4, 2001, the court consolidated the cases described in paragraphs 31 and 33 of the PSR for trial.

3. On May 14, 2001, in a consolidated plea and sentencing proceeding, the defendant pleaded guilty to the burglary charges described in paragraphs 31 and 33 of the PSR. An audio recording of the colloquy between the judge and the defendant in connection with the defendant's guilty plea establishes that, with respect to each of the burglaries described in paragraphs 31 and 33 of the PSR, the defendant admitted to breaking into a dwelling.

| JARED CROWLEY. | MICHAEL J. SULLIVAN |
|---|---|
| By His Attorney | United States Attorney |
| | By: |
| /s/ Victoria M. Bonilla-Argudo | /s/ John A. Capin |
| Victoria M. Bonilla-Argudo | John A. Capin |
| Bourbeau & Bonilla | Assistant U.S. Attorney |
| (617) 350-6868 | (617) 748-3264 |