(Judge Lindsey's Clerk)

3/22/07

To whom it may concern:

My name is Jared Crowley, and I am presently being held at Plymouth House of Correction, waiting to get airlifted. I was sentenced by Judge Lindsey to 78 months in Sept. of 2005. I was left in State custody to clear up other cases. I cleared up all my other cases and I was sent here, to my Federal detainer on Sept. 22nd 2006. I don't know if my paperwork has been lost or what? I am going on my 7th month waiting to get airlifted, and I have seen nobody wait this long. I had my grandfather call the Marshals at the beginning of January and I am still here. I have no idea what the hold up is? I am hoping you can find out what is going on? I don't know what else to do. If you could be of any help finding out I would appreciate it. Thank you.

Sincerely,
Jared Crowley